IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
NOV 20 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | **1:25CR    590** |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| FREDERICK KUMI, | ) | ORDER |
| aka EMMANUEL KOJO BAAH OBENG, | ) | |
| aka ABU TRICA, | ) | |
| ▮ | ) | |
| ▮ | ) | |
| ▮ | ) | |
| | ) | |
| Defendants. | ) | |

Upon good cause shown, IT IS HEREBY ORDERED that the indictment in the above-captioned case, all documents relating thereto, and this Order be sealed and placed in the custody of the Clerk of Courts.

IT IS FURTHER ORDERED that upon the arrest of a defendant named in the indictment, the indictment, all documents relating thereto, and this ORDER be unsealed as to the arrested defendant only.

IT IS FURTHER ORDERED that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request and upon the arrest of a defendant, a certified copy of this indictment should a defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district.

IT IS FURTHER ORDERED that the United States may provide the indictment and arrest warrant without further order of the Court to United States authorities; government

2

officials; foreign police, diplomatic, and prosecuting authorities; and foreign courts for the limited purposes of facilitating arrest, extradition, and other law enforcement actions, including searches and interviews.

_____
UNITED STATES MAGISTRATE JUDGE

2