IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-cr-00590 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | CONSENT AND ORDER TO |
| | ) | TRANSFER |
| FREDERICK KUMI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Criminal Rule 57.9(b)(3), a case may be transferred as related to an earlier assigned case only with the concurrent of both the transferee and the transferor judges. The undersigned are the transferee and the transferor judges, each of whom hereby consents to the transfer.

IT IS SO ORDERED.

Date: April 29, 2026

/s/*David A. Ruiz*
David A. Ruiz
United States District Judge
Transferor Judge

s/*John R. Adams*
John R. Adams
United States District Judge
Transferee Judge

IT IS THEREFORE ORDERED that Case No. 1:25-cr-00590 is transferred to the docket of Judge John R. Adams as a case related to Case No. 5:24-cr-00093.

Date: April 29, 2026

/s/*David A. Ruiz*
David A. Ruiz
Transferor Judge